# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** 11/13/2017

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| USA VS. SCOTT MCLAUGHLIN | 4:17cr134 |
|  |  |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Andrew Stover | Ed Mason |
|  |  |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   SENTENCING |
|---|---|
| 9:43am | Court called case, noting appearances. |
|  | Mr. Mason addressed the Court regarding restitution issue. Defendant has submitted all documents to mortgage company and arrangements will be made to take care of any deficit. |
|  | Discussion ensued regarding forfeiture of the $150,000.00. |
|  | Court will include a condition of probation to include payment of the $150,000.00. |
| 9:49 am | Court noted 11(c)(1)(C) plea agreement to Count 1, accepted by the Court. |
|  | TOL: 10, CHC I, 6 - 12 months. |
| 9:51 am | Sentencing imposed: Probation for 4 years, Count 1 Information, standard, mandatory and special conditions of release. Fine is waived, SA of $100.00. |
|  | Rights of appeal are addressed. |
| 9:54 am | Court is in recess. |

DAVID O'TOOLE, CLERK

BY:   Debbie McCord
Courtroom Deputy Clerk

CASE NO.             DATE:
PAGE 2  - PROCEEDINGS CONTINUED: