THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Judge Amos L. Mazzant, III

Bill Gallimore
Senior US Probation Officer
ED/TX-Plano Office
972-578-9696, ext. 4936

Judge Mazzant,

I would like to mention that Bill Gallimore has been a professional through this entire process. He has treated me with respect and he has been available for any questions I have had for these 2 years of probation.

Bill has given clear instructions on anything from reporting to travel procedures. I had no idea what to expect from a probation officer as I had not been involved in anything like this in the past. I know this has been a very trying time for my family but I have appreciated Bill and his commitment to doing his job.

I do know that people who are efficient and are committed to their job should be recognized. I thought I would at least give you my experience with Bill Gallimore.

Thank You,

Scott McLaughlin