McLaughlin
4108 Montecove Dr.
Carrolton Tx. 75007

NORTH TEXAS TX P&DC
DALLAS TX 750
3 DEC 2019 PM 10 L

RECEIVED
DEC - 5 2019
Clerk, U.S. District Court
Texas Eastern

PAUL BROWN UNITED STATES COURTHOUSE
ATTN: JUDGE AMOS L. MAZZANT, III
101 EAST PECAN STREET
SHERMAN, TX. 75090

CHRISTMAS

750903C041